No. 10-1215. Warren Todd Hoeffner, aka Todd Hoeffner, Petitioner v. United States.

563 U.S. 990, 131 S. Ct. 2465, 179 L. Ed. 2d 1212, 2011 U.S. LEXIS 3754.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 626 F.3d 857.